UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

J. JEREMIAH MAHONEY,

    Plaintiff,

        v.

SHAUN DONOVAN, Secretary of U.S.
Department of Housing and Urban
Development, et al.,

    Defendants.

Civil Action No.  10-1703 (JEB)

## ORDER

Upon consideration of Defendants' Motion to Dismiss and Alternative Motion for Partial

Summary Judgment and for the reasons stated in the accompanying Memorandum Opinion

issued on this date, the Court hereby **ORDERS** that:

1.  Defendants' Motion to Dismiss and Alternative Motion for Partial Summary

    Judgment are **GRANTED**;

2.  The case is **DISMISSED WITH PREJUDICE**; and

3.  Judgment is **ENTERED** for Defendants.

**SO ORDERED.**

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  November 14, 2011